# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **MICHAEL PERRY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:13-CV-761-VEH |
| | ) |
| **PORTFOLIO RECOVERY,** | ) |
| **ASSOC., LLC,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

The court having been advised by counsel that the above entitled cause has been settled, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this case is hereby **DISMISSED WITH PREJUDICE**, costs taxed as paid. Provided, however, that any party may seek to reopen the action within sixty (60) days, upon good cause shown, or submit a stipulated form of final judgment. Further, the court **RETAINS** jurisdiction to enforce the settlement agreement reached between the parties.

**DONE** and **ORDERED** this 21st day of May, 2013.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge